# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1399

_____

United States of America,           *
                                    *
            Appellee,               *
                                    *
      v.                            *   Appeal from the United States
                                    *   District Court for the
Freeman Johnson,                    *   District of Nebraska.
                                    *
            Appellant.              *         [UNPUBLISHED]

_____

Submitted: April 27, 2007
Filed: May 3, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Freeman Johnson (Johnson) appeals the 141-month sentence the district court[1] imposed after granting the government's Federal Rule of Criminal Procedure 35(b) motion to reduce Johnson's sentence for his post-sentencing substantial assistance. Johnson's counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing Johnson's extensive cooperation warranted a 50% sentence reduction rather than a 40% reduction. Counsel's argument is unavailing. <u>See</u> <u>United States v. Coppedge</u>, 135 F.3d 598, 599 (8th Cir. 1998) (per

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

curiam) (challenge to extent of sentence reduction upon government's Rule 35(b) motion was unreviewable because appeal was not based on any criteria listed in 18 U.S.C. § 3742(a)); <u>United States v. Haskins</u>, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam) (court lacks jurisdiction to consider reasonableness of sentence following Rule 35(b) reduction; <u>United States v. Booker</u>, 543 U.S. 220 (2005), did not expand § 3742(a) to include appellate review of discretionary sentencing reductions).

Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. We grant counsel's motion to withdraw, and we affirm.

_____